IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| BERTHA FRANULOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, D/B/A, GLACIER BAY LODGE,<br><br>Defendant. | Case No. 1:18-cv-00012 (HRH) |

SKYPED VIDEOTAPED DEPOSITION OF

DERALD HERLING, PHD

Taken on behalf of the Plaintiff

Corvallis, Oregon

October 28, 2019

REPORTED BY:
LEANNE LAW
OREGON CSR NO. 94-0285
DUFFEY COURT REPORTING
420 NW Second Street
Corvallis, OR 97330

A. Boy. I don't have that number off the top of my head. I don't know. Generally if I took -- as an example, on the ramp if I took a dry measurement and then I would come back at the same location and then take a wet measurement also. So I don't have those numbers in front of me.

Q. Roughly half?

A. Probably a little bit less than half of being wet.

Q. And the -- the surface material, can you just describe what kind of wood that was?

A. It would be a 2-by-6 as far as the dimensions are concerned. It would be some kind of -- and I don't -- there was not a specific designation on the drawings that the Parks Service had. I would suspect that probably something like a Douglas fir. Nearly a clear type of board as opposed to a board that has a bunch of knots in it. So from that standpoint that's about as far as I can give a reasonable statement as to what kind of wood. Probably a Douglas fir.

Q. Did you make any observations about whether it was treated in any way?

A. It was not treated from my observations. Generally when I see a treated piece of lumber, it has